# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
August 17, 2020

Lyle W. Cayce
Clerk

No. 20-50184
Summary Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Jacob Ray Owens,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:19-CR-44-2

Before King, Smith, and Wilson, *Circuit Judges*.

Per Curiam:[*]

Jacob Owens appeals his sentence for conspiracy to possess with intent to distribute fifty grams or more of methamphetamine. *See* 21 U.S.C. §§ 841(a)(1), (b)(1)(A), 846. As Owens acknowledges, his as-applied Sixth Amendment sentencing challenge is foreclosed by circuit precedent. *See*

---

[*] Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 20-50184

*United States v. Hernandez*, 633 F.3d 370, 374 (5th Cir. 2011); *Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969).  Accordingly, his motion for summary disposition is GRANTED, and the judgment is AFFIRMED.